**SO ORDERED.**
**SIGNED 5th day of June, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GWENDOLYN CAMILLIA WALLACE, | ) | Case No: 3:25-bk-01435 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge King |
| | ) | |
| | ) | |
| NAPOLEAN EDMONDSON, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GWENDOLYN CAMILLA WALLACE, Debtor, | ) | |
| EVA M. LEMEH, Trustee, DEUTSCHE BANK | ) | |
| TRUST COMPANY as Trustee for GSAA HOME | ) | |
| EQUITY TRUST, 2007-5 ASSET BACKED | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DENYING NAPOLEON EDMONDON'S MOTION FOR RELIEF FROM STAY**

This matter came before the Court for hearing on June 3, 2025 for consideration of the Motion for Relief from the Automatic Stay (Docket No. 23)(the "Motion") filed by the Movant Napoleon Edmondson ("Edmondson") and the Chapter 7 Trustee's (the "Trustee") Objection (Docket No. 29)(the "Objection") to this Motion. The Court, after reviewing the pleadings in this matter, the argument and evidence presented before this Court, and for the reasons stated orally on the record, which are incorporated herein by reference pursuant to Rules of Fed. Bankr. P. 7052, states that it is HEREBY ORDERED THAT:

1. The Motion is Denied.
2. The automatic stay remains in effect as to any potential lawsuit or claim that Edmondson may attempt to bring in any court other than this bankruptcy court.

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Justin T. Campbell
Justin T. Campbell (TN Bar No. 031056)
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
Tel: 615.465.6015
Email: justin@thompsonburton.com

Counsel for Chapter 7 Trustee