SO ORDERED.
SIGNED 21st day of November, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nancy B. King
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:  
GWENDOLYN WALLACE  
120 ISLANDIA DRIVE  
NASHVILLE, TN 37190  
SSN-XX-7817  

Debtor.

Case No. 3:25-bk-01435  
Chapter 7  
Judge Nancy King

## AGREED ORDER TO CONTINUE MOTION TO DISMISS HEARING UNDER 11 U.S.C. § 707a

Come now Napoleon Edmondson, a party in interest, by and through counsel, and requests by agreement of counsel for the Chapter 7 Trustee and counsel for the Debtor an order postponing the hearing scheduled for Tuesday, November 25, 2025 for three weeks. The parties are on the verge of reaching a settlement to resolve this matter, as well as the adversary proceeding pending before the Court. The parties agree that an appraisal should be conducted before the parties can reach a settlement that makes sense for all parties involved. Moreover, the prevention of any additional attorney fees incurred through litigating the instant contested matter will ensure that any potential settlement is not put in jeopardy. As such, by AGREEMENT, it is hereby ORDER, ADJUDGED, AND DECREED:

1. The 11 U.S.C. 707(a) motion to dismiss shall be continued for three weeks to **12/16/2025 at 10:30 AM, Courtroom 3; 701 Broadway, Nashville, TN 37203**.

2. Any deadlines contained in the AMENDED PRE-TRIAL ORDER (docket #129) shall be extended to five days before the continued date for the contested matter.

**This order was signed and entered electronically as indicated at the top of the page.**

Agreed & Accepted for Entry:

/s/ Rodney L. Caldwell
Rodney L. Caldwell, BPR # 025897
Flexer Law, PLLC Attorney for Napoleon Edmondson
121 East Main Street
Murfreesboro, TN 37130
(615) 896-4811
Fax: (615) 896-4933
Email: Rodney@flexerlaw.com


/s/ Justin Timothy Campbell, by permission
JUSTIN TIMOTHY CAMPBELL, BPR #031056
THOMPSON BURTON PLLC
ONE FRANKLIN PARK
6100 TOWER CIRCLE, SUITE 200
FRANKLIN, TN 37067
615-465-6015
Fax : 615-807-3048
Email: justin@thompsonburton.com

*/s/Adrienne Trammell Love, by permission*
ADRIENNE TRAMMELL LOVE, BPR #024759
Trammell Love Law Firm
7009 Lenox Village Drive
Suite 103
37211
Nashville, TN 37211
615-243-7979
Fax : 615-246-4186
Email: ADRIENNE@TRAMLOVELAW.COM